FILED
2007 Jul-09  PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **BOBBY DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   4:07-CV-0335-VEH-RRA |
| | ) |
| **ETOWAH COUNTY JAIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 19, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

**DONE** this the 9th day of July, 2007.

                                         **VIRGINIA EMERSON HOPKINS**
                                         United States District Judge